IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAVITA HEALTHCARE PARTNERS INC. (f/k/a DAVITA INC., f/k/a TOTAL RENAL CARE HOLDINGS, INC., f/k/a TOTAL RENAL CARE, INC., f/k/a MEDICAL AMBULATORY CARE DELAWARE, INC.), and PHYSICIANS DIALYSIS, INC., and PHYSICIANS DIALYSIS VENTURES, INC., and 175 DIALYSIS CENTER OWNERS (d/b/a 1,462 DIALYSIS CENTERS), | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 11-297C<br>(Judge Mary Ellen Coster Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's March 3, 2017 order, defendant, the United States, respectfully provides the following status report.

During the conference call on Friday, March 3, 2017, the Court inquired regarding the status of the payments to be paid to plaintiffs pursuant to the settlement agreement entered into by the parties and directed the Government to file a status report. All payments have been made by the Government and received by plaintiffs, as confirmed by counsel for plaintiffs, as well as the Government's records of the transactions. As it happens, the first three payments were processed on Friday, March 3, 2017, prior to the call with the Court. Unfortunately, a computer system failure at the Department of the Treasury prevented our verification of the payments prior to the teleconference. On March 6th, counsel was able to verify payment. The final three payments were processed Monday morning, March 6, 2017.

Additionally, we note that the parties are discussing a Government proposal to move the Court for leave to file redacted copies of documents that we previously filed with the Court under seal. We believe such an approach is consistent with public policy favoring public access to court proceedings. Finally, the parties anticipate submitting a joint stipulation to dismiss this case with prejudice shortly.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Martin F. Hockey, Jr
MARTIN F. HOCKEY, JR
Deputy Director

Of Counsel
Jason Fragoso
Frank V. DiNicola
Department of Veterans Affairs

/s/ John S. Groat
JOHN S. GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

March 8, 2017

Attorneys for Defendant