**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DAVITA HEALTHCARE PARTNERS INC. (f/k/a) DAVITA INC., f/k/a TOTAL RENAL CARE HOLDINGS, INC., f/k/a TOTAL RENAL CARE, INC., f/k/a MEDICAL AMBULATORY CARE DELAWARE, INC.), and PHYSICIANS DIALYSIS INC., and PHYSICIANS DIALYSIS VENTURES, INC., and 175 DIALYSIS CENTER OWNERS (d/b/a 1,462 DIALYSIS CENTERS), | ) | |
| Plaintiffs, | ) | Case No. 1:11-cv-00297-MCW |
| | ) | Judge Mary Ellen Coster Williams |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' OPPOSITION TO GOVERNMENT'S MOTION FOR LEAVE TO FILE REDACTED DOCUMENTS**

After six years of litigation, this case is now over. The parties signed a settlement agreement, fulfilled all obligations of the agreement, and Plaintiffs sent to the Government a stipulation of dismissal, with prejudice, for immediate filing. *See* Gov't Status Rept. 1-2 (Mar. 8, 2017) (ECF No. 409). Nonetheless, the Government wants to file 1,645 pages of minimally redacted documents on the public docket in order to comply with the "public policy favoring public access to court proceedings." *See id*. Many of the documents still include competitive data on Plaintiffs' charges for dialysis services, contract proposals, and excerpts of deposition testimony designated "confidential" pursuant to the Second Amended Protective Order. *See* Order (Apr. 14, 2015) (ECF No. 153). The documents also include protected information produced by non-parties.

The Government did not seek leave to submit redacted copies of the documents when initially filing them with the Court (some as early as 2013), nor does its filing address many *other* filings that will remain under seal. In any event, because the cost to Plaintiffs to review and redact the documents – not to mention the burden on the Court's filing clerk to reprocess them – outweighs the Government's sudden purported interest, Plaintiffs urge the Court to deny the Government's motion so the case can end.

Dated: March 10, 2016

Respectfully submitted,

/s/ Jason A. Levine
Jason A. Levine
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: 202 639 6755
Facsimile: 202 639 6604
Email: jlevine@velaw.com

*Lead Attorney for Plaintiffs*
*175 Dialysis Centers*
*(Joint Venture and Managed Entities)*

*Of counsel:*
Thomas W. Bohnett
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: 202 639 6594
Facsimile: 202 403 3935
Email: tbohnett@velaw.com

*Attorney for Plaintiffs*
*175 Dialysis Centers*
*(Joint Venture and Managed Entities)*

/s/ Bobby R. Burchfield
Bobby R. Burchfield
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
Telephone: 202 626 5524
Facsimile: 202 626 3737
Email: bburchfield@kslaw.com

*Lead Attorney for Plaintiffs DaVita HealthCare Partners Inc. and 1,236 Dialysis Centers (Wholly Owned Entities)*

*Of Counsel:*
Matthew M. Leland
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
Telephone: 202 626 5527
Facsimile: 202 626 3737
Email: mleland@kslaw.com

*Attorney for Plaintiffs DaVita HealthCare Partners Inc. and 1,236 Dialysis Center Owners (Wholly Owned Entities)*

Paul M. Thompson
McDERMOTT WILL & EMERY LLP
500 North Capital Street, N.W.
Washington, DC 20001
Telephone: 202 756 8000
Facsimile: 202 756 8087
Email: pthompson@mwe.com

*Attorney for Plaintiffs DaVita HealthCare Partners Inc. and 1,236 Dialysis Centers (Wholly Owned Entities)*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, I electronically filed a copy of the foregoing Opposition with the clerk of the Court using ECF system, which will send notification of such filing to all ECF participants.

/s/ *Matthew M. Leland*
Matthew M. Leland
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006
Telephone: 202 626 5527
Facsimile: 202 626 3737
Email: mleland@kslaw.com

*Attorney for DaVita HealthCare Partners Inc.,*
*Physicians Dialysis Inc.,*
*Physicians Dialysis Ventures, Inc.*
*and 175 Dialysis Center Owners*
*(Wholly Owned Entities)*