**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DAVITA HEALTHCARE PARTNERS INC. (f/k/a) DAVITA INC., f/k/a TOTAL RENAL CARE HOLDINGS, INC., f/k/a TOTAL RENAL CARE, INC., f/k/a MEDICAL AMBULATORY CARE DELAWARE, INC.), and PHYSICIANS DIALYSIS INC., and PHYSICIANS DIALYSIS VENTURES, INC., and 175 DIALYSIS CENTER OWNERS (d/b/a 1,462 DIALYSIS CENTERS), | |
| Plaintiffs, | Case No. 1:11-cv-00297-MCW |
| | Judge Mary Ellen Coster Williams |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Court of Federal Claims Rule 41(a)(1)(A)(ii) the parties jointly stipulate to the dismissal of the above captioned action, with prejudice. All parties shall bear all of their own costs and fees associated with the action.

Dated: March 10, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Martin F. Hockey, Jr.

/s/ Bobby R. Burchfield
Bobby R. Burchfield
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
Telephone: (202) 626-5524

MARTIN F. HOCKEY, JR.
Assistant Director

/s/ John S. Groat
JOHN S. GROAT
Trial Attorney
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
U.S. Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-8260
Fax: (514) 626-7965
Jack.groat@usdoj.gov

*Attorneys for Defendant*

Of Counsel:
Jason Fragoso
Frank V. DiNicola
Department of Veterans Affairs

Facsimile: (202) 626-3737
Email: bburchfield@kslaw.com

*Lead Attorney for Plaintiffs DaVita HealthCare Partners Inc. and 1,236 Dialysis Centers (Wholly Owned Entities)*

Matthew M. Leland
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
Telephone: (202) 626-5527
Facsimile: (202) 626-3737
Email: mleland@kslaw.com

*Of Counsel for Plaintiffs DaVita HealthCare Partners Inc. and 1,236 Dialysis Center Owners (Wholly Owned Entities)*

/s/ Jason A. Levine
Jason A. Levine
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6755
Facsimile: (202) 639-6604
Email: jlevine@velaw.com

*Lead Attorney for Plaintiffs*
*175 Dialysis Centers*
*(Joint Venture and Managed Entities)*

Thomas W. Bohnett
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6594
Facsimile: (202) 403-3935
Email: tbohnett@velaw.com

*Of Counsel for Plaintiffs*
*175 Dialysis Centers*
*(Joint Venture and Managed Entities)*

Paul M. Thompson
McDERMOTT WILL & EMERY LLP
500 North Capital Street, N.W.
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
Email: pthompson@mwe.com

*Attorney for Plaintiffs DaVita HealthCare Partners Inc. and 1,236 Dialysis Centers (Wholly Owned Entities)*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, I electronically filed a copy of the foregoing Joint Stipulation with the clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

/s/ *Matthew M. Leland*
Matthew M. Leland
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006
Telephone: 202 626 5527
Facsimile: 202 626 3737
Email: mleland@kslaw.com

*Attorney for DaVita HealthCare Partners Inc.,*
*Physicians Dialysis Inc.,*
*Physicians Dialysis Ventures, Inc.*
*and 175 Dialysis Center Owners*
*(Wholly Owned Entities)*